WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No.: 14-03081-CRP |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Abel Amos Reed, | ) | |
| Defendant. | ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant committed the offense 18 U.S.C. § 751(a), Escape.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further proceedings.

DATED this 7th day of August, 2014.

John A. Buttrick
United States Magistrate Judge